IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GreenHouse International, LLC<br><br>Plaintiff,<br><br>v.<br><br>Moulton Logistics Management, Inc.<br><br>Defendant. | C.A. No. 1:07-cv-00722<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF SERVICE

1)   I, James M. Lennon, am counsel for plaintiff GreenHouse International, LLC.

2)   The defendant, Moulton Logistics Management, Inc, is a non-resident of the State of Delaware who, on information and belief, resides at 7850 Ruffner Avenue, Van Nuys, California 91406.

3)   On November 13, 2007 I mailed to defendant by **registered mail** a copy of the summons and complaint served on the Secretary of State along with a statement that service was made on the Secretary of State of this state and under 10 Del. C. § 3104, such service is as effective to all intents and purposes as if it had been made upon such non-resident personally within the state.

4)   On November 26, 2007 I received notice and receipt from the Post Office and that is the receipt attached hereto.

5)   The return receipt from the Post Office was returned marked received and is attached to this affidavit as Exhibit A.

6)   This was the first notice. Notice was also sent first class U. S. mail.

I swear that the foregoing statements are true and correct to the best of my knowledge and belief.

DATE: *Nov. 26, 2007*

*James M. Lennon (DE 4570)*
*Attorney for Plaintiff GreenHouse*
*International, LLC.*

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

Kathleen E. Lytle
Notary P[ublic]
Sta[te of Delaware]
My Commission expires October 15, 2009

# EXHIBIT A

