IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GREENHOUSE INTERNATIONAL, LLC | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-cv-722-GMS-LPS |
| MOULTON LOGISTICS MANAGEMENT, INC. | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

TO:   Clerk of the Court

Kindly enter the appearance of Joseph J. Bellew, Esquire as counsel for the Defendant, Moulton Logistics Management, Inc., in the above-captioned lawsuit.

Dated:  December 4, 2007

COZEN O'CONNOR

Joseph J. Bellew (#4816)
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email:  jbellew@cozen.com

*Attorneys for Defendant, Moulton Logistics Management, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GREENHOUSE INTERNATIONAL, LLC | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-cv-722-GMS-LPS |
| MOULTON LOGISTICS MANAGEMENT, INC. | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Joseph J. Bellew, Esquire, do hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>James M. Lennon, Esquire
>Womble, Carlyle, Sandridge & Rice, PLLC
>222 Delaware Avenue, Suite 1401
>Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 4, 2007

COZEN O'CONNOR

Joseph J. Bellew (#4816)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: jbellew@cozen.com

*Attorneys for Defendant, Moulton Logistics Management, Inc.*