IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GREENHOUSE INTERNATIONAL, LLC, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-722-GMS |
| | : | |
| v. | : | |
| | : | |
| MOULTON LOGISTICS MANAGEMENT, INC., | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S MOTION TO STAY PENDING ARBITRATION

Pursuant to 9 U.S.C. § 3, Defendant Moulton Logistics Management, Inc. ("Defendant") moves for an Order staying this action in favor of a contractually-mandated arbitration proceeding to take place in Los Angeles, California. The grounds for Defendant's Motion are more fully set forth in its opening brief.

Dated: January 7, 2008

                                                       Joseph J. Bellew (#4816)
                                                     David A. Felice (#4090)
                                                     Cozen O'Connor
                                                     1201 North Market Street, Suite 1400
                                                     Wilmington, DE 19801
                                                     Telephone: (302) 295-2000
                                                     Facsimile: (302) 295-2013
                                                         *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GREENHOUSE INTERNATIONAL, LLC, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-772-GMS |
| | : | |
| v. | : | |
| | : | |
| MOULTON LOGISTICS MANAGEMENT, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

WHEREAS, Defendant Moulton Logistics Management, Inc. ("Defendant") presented a motion to stay this action in favor of a contractually-mandated arbitration to take place in Los Angeles, California; and

WHEREAS, the Court being satisfied that the issues involved in this action are referable to arbitration under the parties' agreement;

IT IS HEREBY ORDERED, this ____ day of _____, 2008, that Defendant's motion is GRANTED and this action is stayed in favor of an arbitration to proceed in Los Angeles, California.

_____
Chief Judge Gregory M. Sleet

## CERTIFICATE OF SERVICE

I, Joseph J. Bellew, do hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> George Pazuniak, Esquire
> James M. Lennon, Esquire
> AnnaMartina L. Tyreus, Esquire
> Womble Carlyle Sandridge & Rice, PLLC
> 222 Delaware Avenue, Suite 1501
> Wilmington, DE 19801

> Joseph J. Bellew (#4816)
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801
> Telephone: (302) 295-2000
> Facsimile: (302) 295-2013
> Email: jbellew@cozen.com