## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GreenHouse International, LLC** | |
| **Plaintiff,** | |
| **v.** | **C.A. No. 1:07-cv-00722-GMS-LPS** |
| **Moulton Logistics Management, Inc.** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## PLAINTIFF'S NOTICE OF NEW SUPPLEMENTAL AUTHORITY

Plaintiff GreenHouse International, LLC ("GreenHouse") hereby supplements the briefs relating to Moulton's Motion to Stay (D.I.. 5) and GreenHouse's Motion to Enjoin (D.I. 8).

On Wednesday, March 12, 2008, the Superior Court for the State of California, in a concurrent copending case between the parties involving the issues here, entered judgment denying Moulton's petition to compel arbitration. The judgment is attached hereto as Exhibit A. The California Superior Court held that "that the Delaware Federal Action seeks injunctive relief and therefore the subject matter of the Delaware Federal Action is exempt from arbitration."

GreenHouse respectfully suggests that the Court may consider this new information in determining the pending motions.

.

Respectfully Submitted,

DATE: March 14, 2008                      WOMBLE CARLYLE SANDRIDGE &
                                          RICE, PLLC

                                          */s/  James M. Lennon*
                                          George Pazuniak (#478)
                                          James M. Lennon (# 4570)
                                          Anna Martina Tyreus (# 4771)
                                          222 Delaware Avenue, Suite 1501
                                          Wilmington, DE 19801

                                          *Attorneys for Plaintiff,*
                                          *GreenHouse International, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, a copy of the foregoing notice and exhibit was electronically filed with the Clerk of the Court using CM/ECF and served on the following in the manner indicated :

VIA CM/ECF ELECTRONIC DELIVERY
Joseph James Bellew
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801

This 14th day of March, 2008.

/s/  James M. Lennon
James M. Lennon (DE # 4570)

1

# EXHIBIT A

(SPACE BELOW FOR FILING STAMP ONLY)

ORIGINAL FILED
Los Angeles         Court

MAR 1 2 2008

John.... ....., Clerk
By Kenneth Sipera, Deputy

1
2
3
4
5
6
7
8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9          **COUNTY OF LOS ANGELES, NORTHWEST DISTRICT**
10
11   MOULTON LOGISTICS                    )    CASE NO.  LC080008
     MANAGEMENT, INC.                     )
12                                        )    Hon. James A. Kaddo, Dept. I
             Petitioner/Defendant,        )
13                                        )    ~~[PROPOSED]~~ JUDGMENT
                                          )
14   v.                                   )
                                          )
15                                        )
     GREENHOUSE INTERNATIONAL, LLC,       )
16                                        )
             Respondent/Plaintiff.        )
17   _____)
18
19          Petitioner Moulton Logistics Management, Inc., ("Moulton") petitioned this Court to stay

20   an action brought by Respondent Greenhouse International, LLC ("Greenhouse") in the United

21   States District Court for the District of Delaware ("the Delaware Federal Action") and order the

22   parties to arbitrate the subject of the Delaware Federal Action pursuant to the arbitration clause of

23   a fulfillment services agreement between the parties ("the Parties' Agreement").  Both the

24   complaint in the Delaware Federal Action and the Parties' Agreement are attached to the Petition.

25          The Court heard Petitioner's motion to stay and compel arbitration on February 20, 2008.

26   The Court denied the motion.  The Court finds that the Delaware Federal Action seeks injunctive

27   relief and therefore the subject matter of the Delaware Federal Action is exempt from arbitration.

28   ///

1    **IT IS HEREBY ORDERED** that judgment in this action is entered in favor of

2    Respondent Greenhouse International LLC, and against Petitioner Moulton Logistics Management,

3    Inc.

4

5    DATED:  MAR 1 2 2008                    JAMES A. KADDO

6                                            Hon. James A. Kaddo
                                             JUDGE OF THE SUPERIOR COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
2
[PROPOSED] JUDGMENT