IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GREENHOUSE INTERNATIONAL,      :
LLC
                                :
        Plaintiff
                                :
    v.                              Civil Action No. 07-722 GMS-LPS
                                :
MOULTON LOGISTICS MGMT. INC.
                                :
        Defendant
                                :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this ___24TH___ day of June 2008, IT IS ORDERED THAT:

1. Magistrate Judge Leonard P. Stark shall regulate and resolve all pretrial matters, up to

and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of

Court; and

2. All subsequent filings in this action shall be captioned consistently with the caption used

for this Order.



_____
CHIEF, UNITED STATES DISTRICT JUDGE

June ___24___, 2008

```
 FILED

 JUN 2 4 2008

 U.S. DISTRICT COURT
 DISTRICT OF DELAWARE
```