IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GREENHOUSE INTERNATIONAL LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-722-GMS-LPS |
| MOULTON LOGISTICS MANAGEMENT INC. | : | |
| Defendant. | : | |

## ORDER

At Wilmington this 8th day of **July, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **July 15, 2008 at 10:00 a.m.** with Magistrate Judge Stark to discuss the status of this case. **Plaintiff's counsel shall initiate the teleconference call to 302-573-5473.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE