IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREENHOUSE INTERNATIONAL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MOULTON LOGISTICS MANAGEMENT INC.<br><br>        Defendant. | C.A. No. 07-722-GMS-LPS |

## ORDER

At Wilmington this **15th** day of **July, 2008**.

IT IS ORDERED that the parties are required to discuss whether they unanimously consent to magistrate jurisdiction in whole or only with respect to particular motions, or not at all. If there is not unanimous agreement, then only that fact need be reported, <u>and in no instance should there be disclosure of the identity of which, if any, party does not consent to magistrate jurisdiction</u>. On or before **July 25, 2008**, the parties shall submit to the Court the proper consent form, or a letter indicating that there is not unanimous agreement.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                          /s/
                                      UNITED STATES MAGISTRATE JUDGE