

**WOMBLE
CARLYLE
SANDRIDGE
& RICE**

A PROFESSIONAL LIMITED
LIABILITY COMPANY

222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

www.wcsr.com

James M. Lennon
Attorney
Direct Dial: (303) 252-4326
Direct Fax: (302) 661-7726
E-mail: JLennon@wcsr.com

July 22, 2008

Magistrate Judge Leonard P. Stark
United States District Court
   for the District of Delaware
844 North King Street, Room 4209
Lock Box 26
Wilmington, Delaware 19801

      RE:    *GreenHouse International LLC v. Moulton Logistics Management Inc.*
               *Civil Action No. 07-722-GMS-LPS*

Dear Judge Stark:

    Per the Court's July 15, 2008 Order, the parties have conferred regarding consent to magistrate jurisdiction. Unfortunately, we are unable to reach unanimous consent to magistrate jurisdiction for the pending motion or for the case in general.

                                              Respectfully submitted,

                                              James M. Lennon

JL/la