IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREENHOUSE INTERNATIONAL LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-722-GMS-LPS |
| MOULTON LOGISTICS MANAGEMENT INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **25th** day of **July, 2008**.

IT IS ORDERED that oral argument on defendant's motion to stay pending arbitration (D.I. 5) and plaintiff's motion to enjoin (D.I. 8) is hereby scheduled for **October 14, 2008 at 10:30 a.m.** in courtroom 2A before the Honorable Leonard P. Stark.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE